IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID ZAVALA,<br>    Plaintiff,<br><br>                v.<br><br>DR. SPINDEL, *et al.*,<br>    Defendants. | Civil Action No.<br>1:20-cv-04416-SDG |

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation (R&R) entered by United States Magistrate Judge Regina D. Cannon [ECF 66], which recommends dismissal of this action. Plaintiff did not file objections. In the absence of objections, and under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72, undersigned reviewed the R&R for plain error and found none. Accordingly, undersigned **ADOPTS** the R&R [ECF 66] as the Order of this Court. Defendants' motions to dismiss [ECFs 53, 57] are **GRANTED**.

This action is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED** this 8th day of February, 2024.

Steven D. Grimberg
United States District Court Judge